## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Alfred Karbar                    CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-14519 ELF

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
17 Jun 2021, 15:48:28, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 366298cdcb018731fe1bdc049c9e3e2c9e9177ccdf8edf10916738057d241659