**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re**: Alfred Karbar             :Bankruptcy No. 19-14519

Debtor             :Chapter 13

**ORDER**

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's Counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation/Reimbursement in the amount of **$4,310.00** is **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503 (b) and 11 U.S.C. Section 330 (a) (4) (B) less **$1,810.00,** which was paid by the Debtor prepetition.

4. Reimbursement of expenses in the amount of **$310.00** for the filing fee is allowed.

5. The total amount to be paid by the Trustee is **$2,500.00**.

6. If the Applicant has not already taken reimbursement of **$310.00** from amount paid by the Debtor to the Applicant prepetition (e.g. by transferring the filing fee amount from a trust account to an operating account), the Applicant is now authorized to do so.

Date: **Sept. 5, 2024**          _____

                                        **Chief Judge Ashely M. Chan
United States Bankruptcy Judge
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299**