**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1   Alfred Karbar

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   19-14519 ELF

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 7664

**Date of payment change:**
Must be at least 21 days after date of this notice    08/01/2022

**New total payment:**    $1251.41
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $485.81    New escrow payment: $355.71

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Document ID: 280eb12bf94b99f559b2bce6a53b66defdb22a11be5ffbddb23c32771d2860cd

Debtor(s)  **Alfred Karbar**  Case number *(if known)* 19-14519 ELF
           First Name  Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Rebecca Solarz         Date 06/20/2022
Signature
Print: Rebecca Solarz
20 Jun 2022, 13:51:43, EDT

Title  **Attorney for Creditor**

Company  KML Law Group, P.C.

Address  701        Market Street, Suite 5000
         Number     Street
         Philadelphia,                PA    19106
         City                         State  ZIP Code

Contact phone  (215) 627–1322       Email  bkgroup@kmllawgroup.com