## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Alfred Karbar** | **BK NO. 19-14519 ELF** |
|           **Debtor** | |
| | **Chapter 13** |
| **PENNYMAC LOAN SERVICES, LLC** | |
|           **Movant** | **Related to Claim No. 12-1** |
|    **vs.** | |
| | |
| **Alfred Karbar** | |
|           **Debtor** | |
| | |
| **Kenneth E. West, Esq.,** | |
|           **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 27, 2022, I caused to be served the above captioned pleading on the parties at the addresses shown below:

<u>Debtor</u>
Alfred Karbar
4256 Carteret Drive
Philadelphia, PA 19114
VIA Regular Mail

<u>Attorney for Debtor</u>
Diana M. Dixon Esq.
107 N. Broad Street
Suite 307
Doylestown, PA 18901
VIA ECF

<u>Trustee</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

Dated: June 27, 2022

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com